<u>Narrative for Korvas Case (No. 13-29586)</u>

The Trustee reopened this case after receiving information from the secured lender that the debtor had submitted a personal financial statement that contradicted his bankruptcy petition disclosures.  After investigating the non-disclosures, the Trustee did recover a small asset (worth $10,000) and created a bar date, but no creditors filed a claim.  For this reason, all of the funds collected will pay the fees incurred by the Trustee's counsel, and the resultant Trustee fee.