# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-29586 |
| DANIEL R. KORVAS, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | **Date: April 30, 2015** |
| | ) | **Time: 9:30 a.m.** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **April 7, 2015**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation** [Dkt. 88]; **Trustee's Final Application for Compensation** [Dkt. 87]; and the **First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt. 86], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

                                                               */s/ N. Neville Reid*
                                                               N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Adham Alaily on behalf of Creditor BMO Harris Bank N.A. f/k/a Harris N.A.
aalaily@ehrenbergeganlaw.com

Michael G Kelly on behalf of Debtor Daniel R. Korvas
mkelly@kellybraceylaw.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

John R Potts on behalf of Creditor Pan American Bank
ryan@brotschulpotts.com

John H Redfield on behalf of Debtor Daniel R. Korvas
jredfield@craneheyman.com, mjoberhausen@craneheyman.com

Bruce C Scalambrino on behalf of Attorney John H. Redfield
bcs@sacounsel.com

M. Gretchen Silver on behalf of U.S. Trustee Patrick S Layng
ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov, nise.delaurent@usdoj.gov, maria.e.yapan@usdoj.gov

Jeffrey Snell on behalf of U.S. Trustee Patrick S Layng
jeffrey.snell@usdoj.gov

**Parties to receive notice by postage prepaid first-class U.S. Mail:**

| | | |
|---|---|---|
| ATG Credit<br>1700 W. Cortland St. Ste 2<br>Chicago, IL 60622-1166 | Fifth Third Bank<br>5050 Kingsley Dr.<br>Cincinnati, OH 45227-1115 | Savrok, LLC<br>724 N. Victoria Dr.<br>Palatine, IL 60074-4192 |
| American National Property<br>C/O Busse, Busse & Grasse<br>20 North Wacker Dr. #1860<br>Chicago, IL 60606-2905 | J. Ryan Potts<br>Brotschul Potts LLC<br>230 W. Monroe St. #230<br>Chicago, IL 60606-4736 | Wells Fargo Bank, NA<br>Wells Fargo Home Mortgage<br>Americas Servicing Attn: Bankruptcy<br>Dept. Mac X7801-014 3476<br>Stateview Blvd<br>Fort Mills SC 29715-7203 |

2

BMO Harris Bank
4161 Piedmont Pkwy
Greensboro, NC 27410-8110

Mariann Korvas
724 N. Victoria Drive
Palatine, IL 60074-4192

Daniel R. Korvas
724 N. Victoria Drive
Palatine, IL 60074-4192

Beverly Bank
1908 W 103rd Street
Chicago, IL 60643-2625

Pan American Bank
1440 W. North Ave.
Melrose Park, IL 60160-1422

John H Redfield
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street Suite 3705
Chicago, IL 60603-4101

Capital One
P.O. Box 30285
Salt lake City, UT 84130-0285

Peoples Energy
130 East Randolph St.
Chicago, IL 60601-6207

Michael G Kelly
Law Offices Of Kelly & Bracey
77 W. Washington St. Suite 617
Chicago, IL 60602-3282

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Ron Smith
906 E. Hackberry
Arlington Heights, IL 60004-1527

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St Room 873
Chicago, IL 60604-2027