# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
DANIEL R. KORVAS § Case No. 1:13-29586-JPC
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/30/2015 in Courtroom 680,
United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2015          By: /s/ N. Neville Reid
                                     Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DANIEL R. KORVAS § Case No. 1:13-29586-JPC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 23.41 |
| leaving a balance on hand of[1] | $ | 9,976.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: N. NEVILLE REID | $ 1,750.00 | $ 0.00 | $ 1,298.22 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 10,000.00 | $ 0.00 | $ 7,418.42 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ 1,438.41 | $ 0.00 | $ 1,067.07 |
| Charges: Clerk of the Bankruptcy Court | $ 260.00 | $ 0.00 | $ 192.88 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 9,976.59 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/ N. Neville Reid
Chapter 7 Trustee


*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Daniel R. Korvas
    Debtor

Case No. 13-29586-JPC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: bchavez     Page 1 of 1     Date Rcvd: Apr 08, 2015
                     Form ID: pdf006     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2015.

```
db            +Daniel R. Korvas,   724 N. Victoria Drive,    Palatine, IL 60074-4192
20780119      +5/3 Bank,   5050 Kingsley Dr.,    Cincinnati, OH 45227-1115
20780121      +ATG Credit,   1700 W. Cortland St.,    Ste 2,   Chicago, IL 60622-1166
20780123      +American National Property,    C/O Busse, Busse & Grasse,   20 North Wacker Dr. #1860,
                Chicago, IL 60606-2905
20780118      +BMO Harris Bank,   4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
22393104      +Beverly Bank,   1908 W 103rd Street,    Chicago, IL 60643-2625
20780120     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    PO Box 85520,   Richmond, VA 20285)
22393106      +Fifth Third Bank,   5050 Kingsley Dr.,    Cincinnati, OH 45227-1115
22393107      +J. Ryan Potts,   Brotschul Potts LLC,    230 W. Monroe St. #230,   Chicago, IL 60606-4736
20827215      +Mariann Korvas,   724 N. Victoria Drive,    Palatine, IL 60074-4192
22393108      +Pan American Bank,   1440 W. North Ave.,    Melrose Park, IL 60160-1422
20780122      +Peoples  Energy,   130 East Randolph St.,    Chicago, IL 60601-6207
22393109      +Ron Smith,   906 E. Hackberry,    Arlington Heights, IL 60004-1527
22393110      +Savrok, LLC,   724 N. Victoria Dr.,    Palatine, IL 60074-4192
20780117     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortg,    8480 Stagecoach Circle,
                Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22393105       E-mail/Text: legalcollections@comed.com Apr 09 2015 01:20:45     ComEd,   PO Box 6111,
                Carol Stream, IL 60197-6111
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Fox Swibel Levin & Carroll LLP
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2015                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2015 at the address(es) listed below:

```
              Adham Alaily    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
               aalaily@ehrenbergeganlaw.com
              Bruce C Scalambrino    on behalf of Attorney John H. Redfield bcs@sacounsel.com
              Jeffrey Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              John H Redfield    on behalf of Debtor Daniel R. Korvas jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              John R Potts    on behalf of Creditor    Pan American Bank ryan@brotschulpotts.com
              M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Michael G Kelly    on behalf of Debtor Daniel R. Korvas mkelly@kellybraceylaw.com
              N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan T Schultz    on behalf of Trustee N. Neville Reid rschultz@fslc.com,  bkdocket@fslc.com,
               abouse@fslc.com
                                                                                             TOTAL: 10
```