# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
DANIEL R. KORVAS § Case No. 1:13-29586-JPC
§
§
      Debtor §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 109,600.00<br>*(Without deducting any secured claims)* | Assets Exempt: 44,775.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged<br>Without Payment: 0.00 |
| Total Expenses of Administration: 10,000.00 | |

    3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,471.82 | 13,471.82 | 10,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | NA | NA | NA |
| **TOTAL DISBURSEMENTS** | $ NA | $ 13,471.82 | $ 13,471.82 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 07/26/2013 . The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2016          By:/s/N. Neville Reid, Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PARTNERSHIP - SAVROK, LLC | 1229-000 | 769.24 |
| Unscheduled [Dkt. 70-1] Per Exhibit B and Schedule B Item 14 | 1229-000 | 9,230.76 |
| TOTAL GROSS RECEIPTS | | $ 10,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| N. NEVILLE REID AS CHAPTER 7 TRUSTEE | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Associated Bank | 2600-000 | NA | 23.41 | 23.41 | 23.41 |
| Clerk of the Bankruptcy Court | 2700-000 | NA | 260.00 | 260.00 | 0.00 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 10,000.00 | 10,000.00 | 8,226.59 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3120-000 | NA | 1,438.41 | 1,438.41 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,471.82 | $ 13,471.82 | $ 10,000.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-29586 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | DANIEL R. KORVAS | | | | Date Filed (f) or Converted (c): | 07/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/12/2013 |
| For Period Ending: | 04/19/2016 | | | | Claims Bar Date: | 11/19/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Unscheduled [Dkt. 70-1] Per Exhibit B and Schedule B Item 14 (u)<br><br>Property Addresses:    (Unscheduled)<br>2.  639 E. 92nd St.         $769.24<br>3.  6942 S. Artesian         $769.24<br>4.  9237 S. Harper           $769.24<br>5.  6339 S. Artesian         $769.24<br>6.  8040 S. Emerald        $769.24<br>7.  8727 S. Elizabeth       $769.24<br>8.  7341 Blackstone        $769.24<br>9.  9015 S. University      $769.24<br>10. 6534 S. Campbell     $769.24<br>11. 6431 S. Talman         $769.24<br>12. 6118 S. Washtenaw  $769.24<br>13. 6532 S. Talman         $769.24 | 0.00 | Unknown | | 9,230.76 | FA |
| 2. PARTNERSHIP - SAVROK, LLC (u)<br><br>100% interest in Savrok, LLC<br>[Dkt. 42]<br><br>50% interst in Savrok, LLC (percentage still under investigation by Debtor)<br>[Dkt. 60] | 0.00 | Unknown | | 769.24 | FA |
| 3. REAL ESTATE<br><br>Location: 724 N. Victoria Drive, Palatine, IL 60074 | 125,000.00 | 250,000.00 | | 0.00 | FA |
| 4. CASH ON HAND<br><br>cash | 200.00 | 0.00 | | 0.00 | FA |
| 5. BANK ACCOUNTS<br><br>Harris Bank checking account Joint $75<br><br>Fifth Third Bank checking account, Palatine, IL | 75.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-29586 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | DANIEL R. KORVAS | | | | Date Filed (f) or Converted (c): | 07/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/12/2013 |
| For Period Ending: | 04/19/2016 | | | | Claims Bar Date: | 11/19/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6. HOUSEHOLD GOODS<br><br>furniture | 1,200.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL<br><br>Ordinary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8. STOCK<br><br>Merck stock | 700.00 | 0.00 | | 0.00 | FA |
| 9. PARTNERSHIP - DANRON CORP.<br><br>50% interest in Danron Corp., Inc.<br><br>[Debtor claims 100% exemption] | 0.00 | 0.00 | | 0.00 | FA |
| 10. AUTOMOBILES<br><br>2004 Lincoln Towncar, at residence | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. PARTNERSHIP - DANKOR AGENCY, LLC (u)<br><br>100% interest in Dankor Agency, LLC<br><br>[Debtor's claims 100% exemption] | 0.00 | 0.00 | | 0.00 | FA |
| 12. TRUST (u)<br><br>Beneficiary of mother's revocable trust with spend thrift clause (not an estate asset) | 0.00 | 0.00 | | 0.00 | FA |
| 13. LITIGATION (u)<br><br>Possible legal malpractice claim against Michael Kelly for bankruptcy case. | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-29586 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | DANIEL R. KORVAS | | | | Date Filed (f) or Converted (c): | 07/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/12/2013 |
| For Period Ending: | 04/19/2016 | | | | Claims Bar Date: | 11/19/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. OTHER (u)<br><br>Income from Dankor Agency, LLC<br><br>[Debtor claims 100% exemption] | Unknown | 0.00 | | 0.00 | FA |
| 15. AUTOMOBILES (u)<br><br>1984 Kowasaki Motorcycle | 0.00 | 0.00 | | 0.00 | FA |
| 16. IRA (u)<br><br>Prudential IRA - $25,000<br><br>[Debtor claims 100% exemption] | 25,000.00 | 25,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $154,375.00        $275,000.00        $10,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status April 2015:  Case previously closed but reopened due to lender information that debtor may have lied on financial disclosures. Investigated potential objection to discharge.  In the course of investigation uncovered some small real estate investment interests which Trustee liquidated.  No claims filed. Filed TFR and awaiting court approval on fees incurred in case. Expect to close case within 45-60 days.

Status March 2016: We will send the UST the TDR.

Initial Projected Date of Final Report (TFR): 12/30/2015        Current Projected Date of Final Report (TFR): 03/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-29586 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: DANIEL R. KORVAS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0737 |
| | Checking |
| Taxpayer ID No: XX-XXX4674 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/15 | | PAN AMERICAN (Wire Deposit of $10,000) | Schedule B Item No. 14. - 50% interest in Danron Corp., not for profit<br>LLC Interests: Savrock, LLC<br>Bishop Properties, LLC (Scheduled)   $769.24<br>Property Addresses: (Unscheduled)<br>639 E. 92nd St.         $769.23<br>6942 S. Artesian       $769.23<br>9237 S. Harper.        $769.23<br>6339 S. Artesian.      $769.23<br>8040 S. Emerald.       $769.23<br>8727 S. Elizabeth.     $769.23<br>7341 Blackstone.       $769.23<br>9015 S. University     $769.23<br>6534 S. Campbell.      $769.23<br>6431 S. Talman .       $769.23<br>6118 S. Washtenaw      $769.23<br>6532 S  Talman         $769.23 | | $10,000.00 | | $10,000.00 |
| | | | Gross Receipts         $10,000.00 | | | | |
| | 1 | | Unscheduled [Dkt. 70-1] Per Exhibit B and Schedule B Item 14       $9,230.76 | 1229-000 | | | |
| | 2 | | PARTNERSHIP - SAVROK, LLC       $769.24 | 1229-000 | | | |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.41 | $9,976.59 |
| 05/04/15 | 101 | N. NEVILLE REID AS CHAPTER 7 TRUSTEE<br>for the Estate of Daniel R. Korvas<br>200 W. Madison Street, Suite 3000<br>Chicago, IL  60606 | Per [Dkt. 91] Order Awarding Trustee's Compensation and Expenses dated April 30, 2015 | 2100-000 | | $1,750.00 | $8,226.59 |
| | | | Page Subtotals: | | $10,000.00 | $1,773.41 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-29586 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | DANIEL R. KORVAS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0737 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4674 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/19/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/04/15 | 102 | FOX SWIBEL LEVIN & CARROLL, LLP<br>200 W. Madison, Suite 3000<br>Chicago, IL 60606 | Per [Dkt. 92] Order Awarding First and Final Fee Application for Compensation and Expenses from July 14, 2014 thru February 28, 2015 | 3110-000 | | $8,226.59 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals: $0.00 $8,226.59

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0737 - Checking | $10,000.00 | $10,000.00 | $0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:    $0.00    $0.00